UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCH TRAFFIC, LLC,

                Plaintiff,

-against-

JOHN DOES 1-100, JANE DOES
1-100 AND XYZ COMPANY,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/15/2022_

22 Civ. 6839 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Because of Court scheduling conflicts and the need for Plaintiff to gather further information about Defendants, the show cause hearing scheduled for August 23, 2022, is ADJOURNED to **September 6, 2022**, at **11:30 a.m.** *See* Fed. R. Civ. P. 56(b)(2). Accordingly,

1. The temporary restraining order ("TRO"), which was scheduled to expire on August 26, 2022, shall expire on **September 7, 2022**.
2. Defendants shall appear before the Court at a hearing on **September 6, 2022, at 11:30 a.m.**, and show cause why a preliminary injunction, pursuant to Fed. R. Civ. P. 65(a), should not issue. The parties may join the teleconference by dialing (215) 861-0674, and using access code 5598827. Plaintiff shall also join the conference.
3. Plaintiff shall serve this order, in addition to the TRO and the complaint, upon Defendants in accordance with the instructions in the TRO. ECF No. 12.
4. By **August 24, 2022**, Defendants shall file their opposition in accordance with the instructions in the TRO. *Id.*
5. By **August 29, 2022**, Plaintiff shall file and serve its reply, proof of service, proposed prelimany injunction, and any other necessary information in accordance with the instructions in the TRO. *Id.*

SO ORDERED.

Dated: August 15, 2022
       New York, New York

                                                          ANALISA TORRES
                                             United States District Judge