UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCH TRAFFIC, LLC,

                        Plaintiff,

-against-

JOHN DOES 1-100, JANE DOES 1-100 AND XYZ COMPANY,

                        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2022
```

22 Civ. 6839 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 6, 2022, the Court granted Plaintiff's motion for a preliminary injunction. ECF No. 15. By **December 16, 2022**, Plaintiff shall file a letter on its intentions with respect to the continuation of this action.

    SO ORDERED.

Dated: December 2, 2022
       New York, New York

                                                    ANALISA TORRES
                                            United States District Judge